NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH LEROY JONES-EL a/k/a Robert Bean,                )
)
)
        Appellant,                )
)
v.                )      Case No. 2D17-3059
)
NATIONSTAR MORTGAGE LLC;                )
STANLEY GORDON BINNS; and                )
FEDERAL NATIONAL MORTGAGE                )
ASSOCIATION,                )
)
        Appellees.                )
_____)

Opinion filed April 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Joseph Leroy Jones-EL, pro se.

Nancy M. Wallace and Ryan D. O'Connor
of Akerman LLP, Tallahassee; and William
P. Heller of Akerman LLP, Fort Lauderdale,
for Appellee Nationstar Mortgage LLC.

No appearance for remaining Appellees.

PER CURIAM.

        Affirmed.

CASANUEVA, VILLANTI, and BLACK, JJ., Concur.